IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CHRISTOPHER W. MERTZ,**<br><br>　　　　Defendant. | **8:13CB10**<br>**VIOLATION NO.:  1753504 NE14**<br><br>**ORDER** |
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CHRISTOPHER W. MERTZ,**<br><br>　　　　Defendant. | **8:13CB12**<br>**VIOLATION NOS.:  2304774 NE14**<br>　　　　　　　　　　　　2304775 NE14<br><br>**ORDER** |

IT IS ORDERED:

　　　The government's motions to continue (Filing No. 43 in 8:13CB10 and Filing No. 18 in 8:13CB12) are granted. The defendant is granted an extension of time until June 24, 2014, in which to pay the collateral amount due. The full collateral amount is payable in full before that date or the defendant must appear for hearing before the undersigned magistrate judge on June 24, 2014 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The clerk will mail a copy of this order to Christopher W. Mertz at his current address of Christopher W. Mertz, c/o Omaha VA Medical Center, 4101 Woolworth Avenue, Omaha, Nebraska 68105.

　　　Dated this 4th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**s/ Thomas D. Thalken**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**